UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-tp-14004-Moore

UNITED STATES OF AMERICA,

v.

JIMMY ORTIZ,

       Defendant.
_____/

**REPORT & RECOMMENDATION**

      The Defendant, JIMMY ORTIZ, appeared before the Court on April 19, 2024, represented by counsel, for a final hearing for violations of his supervised release. The Defendant was originally convicted in the Southern District of Texas with one count of distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(b)(1), a Class C felony. On July 25, 2016, Senior Judge Keith P. Ellison sentenced Defendant to 135 months in prison, to be followed by a life term of supervised release. Judge Ellison also ordered Defendant to pay $102,500.00 in restitution, a $100 special assessment fee, and to comply with Court-ordered special conditions. Judge Ellison further modified Defendant's conditions of supervised release on May 12, 2022, and Defendant began his supervision on November 28, 2023. On February 13, 2024, the honorable Aileen M. Cannon signed an order accepting jurisdiction of this case from the Southern District of Texas. The Defendant is now charged with two (2) violations of his conditions of supervision as ordered by Judge Ellison.

At the hearing, the Defendant knowingly, voluntarily, and with advice from counsel admitted to the following two (2) violations of mandatory special conditions: (1) on or about January 24, 2024, the Defendant failed to participate in a sex offender treatment program that included psychological testing and a polygraph examination. Defendant acted inappropriately towards his female therapist who terminated the session, as evidenced by the termination report provided by B&K Counseling, Inc., on January 29, 2024; (2) by failing to satisfy the court-ordered restitution. The Court ordered Defendant to pay restitution in the amount of $102,500.00, to be paid at a rate of $1,000.00 per month, to commence 30 days after release from imprisonment, and to date Defendant has failed to make any payments toward his outstanding financial obligation.

Based on the foregoing, the Court RECOMMENDS that the District Court accept the Defendant's admissions and find him guilty of committing violations one (1) and two (2) of his supervised release as charged in open court. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge K. Michael Moore. A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District K. Michael Moore within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) *cert. denied,* 460 U.S. 1087 (1983). DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 19th day of April 2024.

                                            RYON M. MCCABE  
                                            U.S. MAGISTRATE JUDGE